IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTURO PARIAS-SEGURA,

        Plaintiff,                      No. CIV S-09-1519 WBS KJM P

    vs.

MR. PRESIDENT,

        Defendant.          ORDER

                                /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On June 19, 2009, plaintiff was directed to pay the filing fee or submit an application to proceed in forma pauperis. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's applications to proceed in forma pauperis (Docket Nos. 6 and 7) are denied without prejudice;

2. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis including a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and the certification required on the application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: July 13, 2009.

_____
U.S. MAGISTRATE JUDGE

/mp
pari1519.3e