IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTURO PARIAS-SEGURA,

      Plaintiff,                        No. CIV S-09-1519 WBS KJM P

      vs.

MR. PRESIDENT,

      Defendant.                  FINDINGS AND RECOMMENDATIONS

_____/

      By an order filed July 13, 2009, plaintiff was ordered to file a completed application to proceed forma pauperis including a copy of his prison trust account statement within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and although plaintiff has submitted a new application form with the certificate section completed, he has not submitted the required prison trust account statement. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
2  failure to file objections within the specified time may waive the right to appeal the District
3  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  DATED: February 2, 2010.

_____
U.S. MAGISTRATE JUDGE

1
pari1519.fifp